CRIMINAL CAUSE FOR ARRAIGNMENT

BEFORE: Bianco,J.                 DATE: 5/20/2015      TIME: 1:36 p.m.
                                                       TIME IN COURT:4 minutes

DOCKET NUMBER: CR 15-87        TITLE: USA v. Sergio Cerna

DEFT NAME: Sergio Cerna
 X PRESENT ___NOT PRESENT    _X_IN CUSTODY ____ ON BAIL

ATTY. FOR DEFT.:Joseph Ferrante
 X PRESENT   NOT PRESENT                    ___RET   X C.J.A.
                                            ___ FED. DEF. OF NY, INC.


A.U.S.A.Raymond Tierney              DEPUTY CLERK: Michele Savona

COURT REPORTER:   ___P. AUERBACH   ___E. COMBS   ___P. LOMBARDI
___H. RAPAPORT   __M. STEIGER   ___D. TURSI   ___O. WICKER
___S. Picozzi

FTR:1:36-1:41

INTERPRETER:

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  FIRST APPEARANCE OF DEFENDANT Sergio Cerna.

____ DEFT(S) STATES TRUE NAME TO BE:_____

 x   DEFT. Sergio Cerna ARRAIGNED ON SUPERSEDING INDICTMENT, THE COURT
     READS THE INDICTMENT ON THE RECORD, AND ENTER(S) A NOT GUILTY PLEA TO
     THE CHARGES.

____ WAIVER OF INDICTMENT EXECUTED.

 X   DEFTS. Sergio Cerna CONTINUED IN CUSTODY.

___  PERM. ORDER OF DETENTION CONTINUED FOR DEFT

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE:__X-_____  START DATE: 5/20/2015 XSTRT
                             STOP DATE: 7/16/2015 XSTOP

 X   NEXT STATUS CONFERENCE SET FOR 7/16/15 at 1:00 p.m.

____ OTHER:_____