

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD/RAT  
F. #2015R00098

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 10, 2015

<u>By E-Mail and ECF</u>
Joseph F. Ferrante, Esq.
Keahon, Fleischer & Ferrante
1393 Veterans Highway - Suite 312 N
Hauppauge, NY  11788

        Re:    United States v. Sergio Cerna
                    <u>Criminal Docket No. 15-087 (JFB)</u>

Dear Mr. Ferrante:

        Please allow this letter to serve as a follow-up to our earlier conversation regarding the above-mentioned matter.  Initially, the defendant had indicated through counsel that he believed that he was being given an insufficient amount of time in the law library at the Nassau County Correctional Center ("NCCC").  After our last court conference, I spoke to the personnel at the NCCC and they informed me that the defendant needed to make sure to sign up for library time and that, given the nature of the charges against him, they would increase the amount of library time available to the defendant.  Based on our conversation yesterday, it appears that the additional library time made available to the defendant appears sufficient.

        Additionally, we anticipate providing you with supplemental discovery early next week.  The discoverable materials will be copied and made available to you on a disk.  Please let me know if you would like to pick it up at my office or if we should mail it to your

2

office.  Also, let me know if you would like us to make an additional disk of this discovery to be sent to the NCCC for the defendant to review during his library time.

                    Very truly yours,

                    KELLY T. LYNCH
                    Acting United States Attorney

By:   /s/ Raymond A. Tierney
       Raymond A. Tierney
       Assistant U.S. Attorneys
       (631) 715-7849


cc:     Clerk of the Court (JFB) (by ECF)