UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

UNITED STATES OF AMERICA

-v-

Sergio Cerna et al.

WAIVER OF SPEEDY TRIAL
CR (JFB) 15-87

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 16 2015
LONG ISLAND OFFICE

----------------------------------------------------X

It is hereby stipulated that the time period from __7/16/15__ to __9/21/15__ be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

- [✓] engagement in continuing plea negotiations;
- [ ] examination of the Defendant(s) pursuant to 18 USC §§ 3161(h)(1)(A) regarding mental or physical capacity;
- [ ] submission of pretrial motions through hearing or other disposition pursuant to 18 USC § 3161 (h)(1)(F); and/or
- [X] COMPLEX CASE; PREPARATION OF DEATH PENALTY MEMORANDA; REVIEW OF DISCOVERY

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court: [X] approves this Speedy Trial Waiver [X] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: July 16, 2015
Central Islip NY

S/ Joseph F. Bianco
U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant #1: Arnoldo Umanzor / Arnulvin Umanzor Valasquez    Counsel: Gary Villanueva

Defendant #2: Sergio Cerna    Counsel: Joseph Ferra__

Defendant #3: _____    Counsel: _____

Defendant #4: Edwin Acosta / Edwin Acosta-Martinez    Counsel: Joseph Ferr__

Defendant #5: _____   Counsel: _____

Defendant #6: _____   Counsel: _____

Defendant #7: _____   Counsel: _____

Defendant #8: _____   Counsel: _____