# Keahon, Fleischer & Ferrante
### ATTORNEYS AT LAW
1393 VETERANS MEMORIAL HIGHWAY - SUITE 312 NORTH
HAUPPAUGE, NY 11788
WWW.KEAHONLAW.COM

William J. Keahon
Craig J. Fleischer
Joseph J. Ferrante

TELEPHONE: (631) 361-5360
TELECOPIER: (631) 361-5365
Keahonpc@hotmail.com

August 17, 2015

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
Central Islip, New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 21 2015 ★

LONG ISLAND OFFICE

Re:  United States v. Sergio Cerna
     Cr. No. 15-087 (S-1) (JFB)

Dear Judge Bianco:

I was assigned by the Court to represent Sergio Cerna in the above referenced matter. The government has given notice that Mr. Cerna faces a capital sentence. Accordingly, I respectfully request the appointment of learned counsel to assist in the preparation of a mitigation memoranda to be submitted to the Justice Department and other legal services as necessary to defend against the imposition of Capital punishment.

Mr. Joshua L. Dratel, Esq., an attorney vetted and found qualified to serve as learned counsel in potential death penalty cases in this district has agreed to join the defense team in this matter.

I respectfully ask that the Court assign Mr. Dratel as learned counsel. I have provided for the Court's convenience, a CJA 30 form executed by Mr. Dratel.

Thank you for your consideration.

Respectfully submitted,

Joseph Ferrante

Request granted.

cc: Joshua L. Dratel (By Email)

SO ORDERED

Joseph F. Bianco
USDJ

Date: Aug-21 2015
Central Islip, N.Y