UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                :

UNITED STATES OF AMERICA,        :

                                                :     15 Cr 87 (JFB)
                                                :     <u>Electronically Filed</u>

        – *against* –                :
                                                :     NOTICE OF APPEARANCE AND

SERGIO CERNA,                           :     AND REQUEST FOR
                                                :     ELECTRONIC NOTIFICATION
                    Defendant.        :
                                                :
-------------------------------------------------------x

      Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of SERGIO CERNA and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      I am an attorney in good standing in the State of New York, as well as the United States District Court for the Eastern District of New York.

Dated:  August 31, 2015
           New York, New York

                                                                       Respectfully submitted,

                                                                     /s/Joshua L. Dratel
                                                                   Joshua L. Dratel
                                                                   JOSHUA L. DRATEL, PC
                                                                   29 Broadway, Suite 1412
                                                                   New York, New York 10006
                                                                   (212) 732-0707
                                                                   jdratel@joshuadratel.com

                                                                   *Attorney for Defendant Sergio Cerna*