UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 21 2015 ★

LONG ISLAND OFFICE

UNITED STATES OF AMERICA

-v-

Sergio Cerna, et al.

----------------------------------------------------X

WAIVER OF SPEEDY TRIAL

15 -cr- 0087      (JFB)

It is hereby stipulated that the time period from 9/21/15 to 12/15/15 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[ ]   engagement in continuing plea negotiations;

[ ]   examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;

[ ]   submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or

[✓]   Complex Case, Review Discovery, do th Pen.lly Memos

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [ X ] approves this Speedy Trial Waiver [ X ] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: Sept. 21, 2015
Central Islip, NY

Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant # 1: _____ Cerna      Counsel: _____ Joseph Ferrall

Defendant # 2: Edwin . Acosta     Counsel: _____ Brill

Defendant # 3: Anolum Velusque    Counsel: Amy Villanu — Gary Villanueva

Defendant # 4: _____    Counsel: _____